STATE OF NEW JERSEY v. KARL HEINZE KLUBER.

January 14, 1975. Petition for certification denied. (See 130 *N. J. Super.* 336)

SCOTT T. CLAYTON v.
FREEHOLD TOWNSHIP BOARD OF EDUCATION.

January 14, 1975. Petition for certification granted. (See 130 *N. J. Super.* 198)

IN RE: APPLICATION OF CARL DUNSTER.

January 14, 1975. Petition for certification denied. (See 131 *N. J. Super.* 22)

ANTHONY SKULSKI v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

JOSEPH GALANO v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.

JOHN E. ANNITTO v. JOSEPH M. NOLAN.

January 14, 1975. Petition for certification granted.